IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00502-MSK-CBS

CHRISTOPHER DAVID MALLICOTTE,

    Plaintiff,

v.

PERFECTO HIJAR,
RICK GARCIA,
RICHARD A. SOARES, JR., and
CARL ZENON,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Motion to Amend Plaintiff's Amended Complaint (*doc. no. 44)* is **GRANTED**. As of the date of this order, the Clerk's office is instructed to accept for filing, Plaintiff's Second Amended Complaint and Demand for Jury Trial (*doc no. 44-4*) tendered to the court on November 27, 2006.

**DATED:**    November 28, 2006