**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**U.S. Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 06-cv-00502-MSK-CBS** | **FTR** - Reporter Deck-Courtroom A402 |
| **Date: December 20, 2006** | **Courtroom Deputy:** Ben Van Dyke |

ESTATE OF CHRISTOPHER DAVID MALLICOTTE,   Andrew B. Reid, via telephone
by Mary Janyce Desserich-Davis, Personal Representative,

    **Plaintiff,**

v.

RICK GARCIA, *et al.*,   Edward T. Farry, Jr., via telephone
                                             Andrew D. Peterson, via telephone

    **Defendants.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:**     **RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:**     **11:52 a.m.**
Court calls case. Appearances of counsel.

**ORDERED:**     The Unopposed Motion to Stay [filed December 19, 2006; doc. 48] is granted for the reasons stated on the record. All discovery in the case is stayed. Counsel shall contact the Court within seventy-two (72) hours of any rulings on the pending motions to dismiss.

HEARING CONCLUDED.
**Court in recess:**     **12:02 p.m.**
Total time in court:     00:10