IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00502-MSK-CBS

ESTATE OF CHRISTOPHER DAVID MALLICOTTE,

      Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
ARKANSAS VALLEY CORRECTIONAL FACILITY,
PERFECTO HIJAR,
RICK GARCIA,
RICHARD A. SOARES, JR., and
CARL ZENON,

      Defendants.

_____

**ORDER SETTING HEARING**
_____

**THIS MATTER** comes before the Court *sua sponte*.

The Court will conduct a non-evidentiary hearing on **Monday, January 29, 2007** at **1:30 p.m.** to address the following issues: (i) whether the Court should consolidate *Estate of Mallicotte v. Hijar*, D. Colo. Docket No. 06-cv-2460-MSK,[1] with the instant case; (ii) the setting of a trial date; and (iii) any other matters that may be relevant to the pretrial proceedings in this case. Counsel shall bring their calendars.

---

[1] At the direction of the Chief Judge, this case has been reassigned to the undersigned. Note that the docket number of the case has changed upon reassignment.

The parties should note that this hearing will occur simultaneously with a hearing in the *Estate of Mallicotte* case listed above.

Dated this 3d day of January, 2007

                                             **BY THE COURT:**

*[signature: Marcia S. Krieger]*

                                             Marcia S. Krieger
                                             United States District Judge