IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00502-MSK-CBS

ESTATE OF CHRISTOPHER DAVID MALLICOTTE, By Mary Janyce Desserich-Davis, Personal Representative,
    Plaintiff,
v.

PERFECTO A. HIJAR, JR.,
RICK GARCIA,
RICHARD A. SOARES, JR., and
CARL ZENON,
    Defendants.
_____

ORDER FOR CLARIFICATION
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court for clarification on the Second Amended Complaint and Demand for Jury Trial (doc. # 47).  In "Plaintiff's Combined Response to Motions to Dismiss," Plaintiff indicated that he "will not separately pursue [the Second Claim for Relief] and hereby stipulates to its dismissal." (*See* doc. # 33 at p. 6). However, in the Second Amended Complaint and Demand for Jury Trial (filed on November 28, 2006), Plaintiff again asserted his Second Claim for Relief.  (*See* doc. # 47 at pp. 9-10).  Accordingly,

    IT IS ORDERED that **on or before January 10, 2007**, Plaintiff shall file with the court a clarification of his intent to prosecute the Second Claim for Relief in the Second Amended Complaint.

DATED at Denver, Colorado, this 3rd day of January, 2007.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge