IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00502-MSK-CBS

ESTATE OF CHRISTOPHER DAVID MALLICOTTE, By Mary Janyce Desserich-Davis, Personal Representative,
    Plaintiff,
v.

PERFECTO A. HIJAR, JR., et al.
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on the Motion to Dismiss filed by Colorado Department or Corrections and Arkansas Valley Correctional Facility on May 24, 2006 (doc. # 5).  In light of the Amended Complaint (filed June 2, 2006) (doc. # 6) and the Second Amended Complaint and Demand for Jury Trial (filed on November 28, 2006) (doc. # 47), both of which dropped the Colorado Department or Corrections and Arkansas Valley Correctional Facility from the case,

    IT IS ORDERED that the Motion to Dismiss (filed May 24, 2006) (doc. # 5) is MOOT.

    DATED at Denver, Colorado, this 8th day of January, 2007.

                                      BY THE COURT:

                                      s/ Craig B. Shaffer

United States Magistrate Judge