IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00502-MSK-CBS

ESTATE OF CHRISTOPHER DAVID MALLICOTTE, By Mary Janyce Desserich-Davis, Personal Representative,
Plaintiff,
v.

PERFECTO A. HIJAR, JR., et al.,
Defendants.

---

ORDER

---

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on Plaintiff's "Clarification of Intent Re Second Claim for Relief" (filed January 8, 2007) (doc. # 58). Pursuant to the Order of Reference dated March 22, 2006 (doc. # 2) and the internal memorandum dated January 9, 2007, Plaintiff's filing was referred to the Magistrate Judge. In light of Plaintiff's representation that "Plaintiff does not intend to pursue its Second Claim for Relief against the Defendants and stipulates to the striking or dismissal of the Second Claim for Relief,"

IT IS ORDERED that the Second Claim for Relief in the Second Amended Complaint is WITHDRAWN.

DATED at Denver, Colorado, this 9th day of January, 2007.

BY THE COURT:

s/Craig B. Shaffer
United States Magistrate Judge