IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06cv00502-MSK-CBS

MARY JAYNE DESSERICH-DAVIS, as personal representative of the
ESTATE OF CHRISTOPHER DAVID MALLICOTTE,

        Plaintiff,

v.

PERFECTO HIJAR,
RICK GARCIA, and
CARL ZENON

        Defendants.
_____

### ORDER DISMISSING CLAIMS AGAINST DEFENDANT HIJAR
_____

THIS MATTER having come before the Court upon Plaintiff's Unopposed Motion to Dismiss Claims against Defendant Perfecto Hijar, there being no opposition,

**IT IS HEREBY ORDERED** that all claims herein against Defendant Perfecto Hijar are DISMISSED.

Dated this 6th day of September, 2007.

                            **BY THE COURT:**

                            _/s/ Marcia S. Krieger_
                            Marcia S. Krieger
                            United States District Judge