IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00502-MSK-CBS

MARY JANYCE DESSERICH-DAVIS, as personal representative of the estate of Christopher David Mallicotte,

    Plaintiff,

v.

RICK GARCIA, and
CARL ZENON,

    Defendants.

---

## ORDER DISMISSING ALL CLAIMS WITH PREJUDICE
---

THIS MATTER comes before the Court on the Joint Motion and Stipulation for Entry of Order of Dismissal with Prejudice **(#94)** of the Plaintiff, Estate of Christopher David Mallicotte ("Plaintiff"), by and through his personal representative, May Jane Desserich-Davis, and the remaining Defendants, Rick Garcia and Carl Zenon ("Defendants"). The parties request the entry of an Order of Dismissal With Prejudice.

**IT IS THEREFORE ORDERED** that Plaintiff's claims against the Defendants are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that the final pretrial conference set for November 21, 2008 and the trial set for March 2, 2009 are **VACATED**. The Clerk shall close this case.

Dated this 26th day of September, 2007.

                                              **BY THE COURT:**

                                              _____
                                              Marcia S. Krieger
                                              United States District Judge